IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS ARMON CONNER,

    Plaintiff,

v.

ALAN P. JAKUBOWSKI, et al.

    Defendants.

ORDER

Case No. 15-cv-86-wmc

Plaintiff Travis Armon Conner has submitted an inmate trust fund account statement for the six month period preceding his complaint. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing this case.

In determining whether a prisoner litigant qualifies for indigent status this court applies the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fee to be $49.65. For this case to proceed, plaintiff must submit this amount on or before March 25, 2015.

ORDER

IT IS ORDERED that,

1. Plaintiff Travis Armon Conner is assessed $49.65 as an initial partial payment of the $350.00 fee for filing this case. Plaintiff is to submit a check or money order made payable to the clerk of court in the amount of $49.65 or advise the court in writing why plaintiff is not able to submit the assessed amount on or before March 25, 2015.

2. If, by March 25, 2015, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the case will be closed without prejudice to plaintiff's filing his case at a later date.

3. No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the PLRA, 28 U.S.C. § 1915A. Once the screening process is complete, a separate order will issue.

Entered this 2nd day of March, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge