IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS ARMON CONNER,

    Plaintiff,               JUDGMENT IN A CIVIL CASE

  v.                              Case No.  15-cv-86-wmc

ALAN P. JAKUBOWSKI, et al.,

    Defendants.

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants

(1) denying plaintiff Travis Armon Conner's request for leave to proceed;

(2) dismissing plaintiff's complaint against Jules M. De Porre, Craig F. Wininger, Barbara L. McQuade, Frank J. Manley and Kenneth R. Sasse, with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915A; and

(3) to the extent that plaintiff's claims are barred by the rule in *Heck v. Humphrey*, 512 U.S. 477 (1994), the complaint is DISMISSED without prejudice.

/s/                                                                        March 27, 2015

Peter Oppeneer, Clerk of Court                              Date